Jason M. Rund
840 Apollo Street, Suite 351
El Segundo, CA 90245
Telephone: (310) 640-1200
Facsimile: (310) 640-0200
Email: trustee@srlawyers.com

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>TRANSWORLD FREIGHT SYSTEMS, INC.<br><br>Debtor. | CASE NO. 2:07-bk-12825-TD<br><br>CHAPTER 7<br><br>DECLARATION OF JASON M. RUND IN SUPPORT OF CLARKSON, GORE & MARSELLA'S FIRST AND FINAL APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO CHAPTER 7 TRUSTEE JASON M. RUND FOR THE PERIOD FROM JULY 24, 2007 THROUGH SEPTEMBER 22, 2010<br><br>Date: November 3, 2010<br>Time: 11:00 a.m.<br>Place: 1345 |

TO: THE HONORABLE THOMAS P. DONOVAN, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL PARTIES IN INTEREST:

I, Jason M. Rund, declare:

1. I am the duly appointed and acting Chapter 7 trustee in the within case. This Declaration is rendered in support of the First and Final Application for Compensation of Clarkson, Gore & Marsella's ("CG&M") for Allowance of Fees and Reimbursement of Expenses for the Period July 24, 2007 through September 22, 2010 (the "Application"). I have personal

1 | knowledge of the facts set forth herein, and if called upon to do so, I could and would competently
2 | testify to those facts.
3 |   2. I have read and reviewed the Application and the summaries attached as Exhibits
4 | thereto and know the contents thereof.
5 |   3. I believe that the time summaries and time charges described in CG&M
6 | Application are accurate and reflect actual time spent by CG&M attorneys and paralegals for
7 | services rendered on behalf of this bankruptcy estate. I believe the charges described in CG&M
8 | Application are appropriate, reasonable, and were necessarily incurred. I have no objection to the
9 | final fees in the reduced amount of $20,000.00 and expenses requested in the CG&M Application.
10 |   I declare under penalty of perjury that the foregoing is true and correct.
11 |   Executed this 28th day of September, 2010, at El Segundo, California.

*[signature]*

Jason M. Rund
Chapter 7 Trustee

| In re<br>TRANSWORLD FREIGHT SYSTEMS, INC<br>Debtor(s). | CHAPTER 7<br>CASE NO.: 2:07-12825-TD |
|---|---|

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Sheridan & Rund, 840 Apollo Street, Suite 351, El Segundo, CA  90245

The foregoing document described **Declaration of Jason M. Rund in Support of Clarkson, Gore & Marsella's First and Final Application for Compensation for Services Rendered and Reimbursement of Expenses as Special Litigation Counsel to Chapter 7 Trustee Jason M. Rund for the Period from July 24, 2007 through September 22, 2010** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On September 28, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at email address(es) indicated below:

United States Trustee (LA), ustpregion16.la.ecf@usdoj.gov
Special Litigation Counsel: sclarkson@lawcgm.com; cfitzgerald@lawcgm.com; emarsella@lawcgm.com
Other Interested Parties: ctwilliams@venable.com, jcontreras@venable.com; mkogan@ecjlaw.com; david.piper@kyl.com, karen.stone@kyl.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL:**
On September 28, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Chamber's Copy
Chambers of the Honorable Thomas B. Donovan
United States Bankruptcy Judge
United States Bankruptcy Court
Central District of California
255 E. Temple Street, Suite 1352
Los Angeles, CA 90012

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY:**
Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 28, 2010 | Laura Gitnick | /s/ Laura Gitnick |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 9013-3.1

January 2009